UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cr-00055-TWP-MJD |
| | ) | |
| PATRICK HANCOCK, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On October 30, 2026, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Filing No. 183). The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

Date: November 2, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Cristina Caraballo-Colon
DOJ-USAO
cristina.caraballo.colon@usdoj.gov

Colin Clark
DOJ-USAO
Colin.Clark@usdoj.gov

Mitchell Adam Swedarsky
Indiana Federal Community Defenders
Mitch_Swedarsky@fd.org

Electronic notice to USPO

Electronic notice to USM-C